**In re Robert Odell DAVIS, Petitioner.**

No. 12–1540.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. April 19, 2012.

Opinion filed May 9, 2012.

Robert Odell Davis, Huntingdon, PA, pro se.

Raymond W. Dorian, Esq., Pennsylvania Department of Corrections, Office of Chief Counsel, Mechanicsburg, PA, for Defendant–Respondents.

Before SCIRICA, SMITH and CHAGARES, Circuit Judges.

OPINION

PER CURIAM.

Robert Odell Davis requests by way of mandamus that we compel the District Court to rule on certain motions that were pending in his civil rights action at the time Davis filed the instant petition. By order entered March 9, 2012, however, the District Court did rule on those motions and entered judgment against Davis. Accordingly, this mandamus petition will be denied as moot.